**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| MICHAEL JOSEPH SHANE, ) | CASE NO. 08-13841 |
| VALERIE SUE SHANE, ) | Chapter 7 |
| DEBTOR(S). ) | |

# NOTICE OF SMALL DIVIDENDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| St. Joseph Hospital | P.O. Box 11229<br>Fort Wayne, IN 46856 | $1.16 |
| Preferred Anesthesia Consultants | Snow & Sauerteig, LLP<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $1.71 |
| Associated Anesthesiologists | Snow & Sauerteig, LLP<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $2.56 |
| Summit Radiology | Snow & Sauerteig, LLP<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $2.81 |
| | Total | $8.24 |

- 2 -

**WHEREFORE**, Trustee is depositing the total sum of $8.24 with the Clerk of the U.S. Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: July 14, 2010**

        **Respectfully submitted,**

        **CHAPTER 7 TRUSTEE**
        **444 EAST MAIN STREET**
        **FORT WAYNE, INDIANA 46802**
        **TELEPHONE: (260) 426-0444**
        **FAX: (260) 422-0274**
        **EMAIL: mseifert@hallercolvin.com**

        **BY: /s/ Martin E. Seifert**
            **MARTIN E. SEIFERT**
            **I.D. #16857-02**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 14th day of July, 2010, to:

>Steven J. Glaser, Esq.
>Lincoln Tower, Suite 1900
>116 E. Berry St.
>Fort Wayne, IN 46802
>
>United States Trustee
>555 One Michiana Square
>100 East Wayne Street
>South Bend, Indiana 46601
>
>St. Joseph Hospital
>P.O. Box 11229
>Fort Wayne, IN 46856
>
>Preferred Anesthesia Consultants
>Snow & Sauerteig, LLP
>203 E. Berry St.
>Suite 1310
>Fort Wayne, IN 46802
>
>Associated Anesthesiologists
>Snow & Sauerteig, LLP
>203 E. Berry St.
>Suite 1301
>Fort Wayne, IN 46802
>
>Summit Radiology
>Snow & Sauerteig, LLP
>203 E. Berry St.
>Suite 1310
>Fort Wayne, IN 46802

>  /s/ Martin E. Seifert
> **MARTIN E. SEIFERT**

R:\BMSW\quikdocs\08-13841\Notice of Small Dividends-1-bb.wpd